```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                     JACKSON DIVISION
```

**CHERYL ARLOTT, ET AL.**                                    **PLAINTIFFS**

**VS.**                              **CIVIL ACTION NO. 3:06CV303-WHB-JCS**

**ROBERT C. ARLEDGE, ET AL.**                                **DEFENDANTS**


<u>**ORDER**</u>

    This cause is before the Court on the Motion to Dismiss of Defendant Richard Schwartz (docket entry no. 6) and the Motion to Dismiss of Defendant Robert C. Arledge (docket entry no. 8). The Motions were filed on June 29 and June 30, 2006, respectively. Through both of these Motions, the Defendants seek dismissal based on insufficiency of process and insufficiency of service of process.

    Soon after the Motions were filed, Schwartz and Arledge were properly served with process within the 120 day time limit set forth in Rule 4(m) of the Federal Rules of civil Procedure. Accordingly, the subject Motions are HEREBY DENIED.

    SO ORDERED this the 14th day of August, 2006.


                                          <u>s/ William H. Barbour, Jr.</u>
                                          UNITED STATES DISTRICT JUDGE

tct