IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**CHERYL ARLOTT, individually and on behalf of a class of all other persons similarly situated; SUE ANN KOLARIK, individually and on behalf of a class of all other persons similarly situated and SHERRY LANDRIAULT, individually and on behalf of a class of all other persons similarly situated**      **PLAINTIFFS**

**VS.**      **CIVIL ACTION NO. 3:06CV303BA**

**ROBERT C. ARLEDGE; MICHAEL T. GALLAGHER, GALLAGHER, YOUNG, LEWIS, HAMPTON & DOWNEY, L.L.P; RICHARD SCHWARTZ and SCHWARTZ AND ASSOCIATES, P.A.**      **DEFENDANTS**

### ORDER

This matter came before the court on notification by counsel for the Plaintiff that the court's earlier Order granting her Motion to Extend Cutoff Dates contained an error, in that the date given to complete discovery was actually the date counsel had requested as the deadline for submitting a motion for class certification.

IT IS, THEREFORE, ORDERED, that the court's January 29, 2007, Order granting the Plaintiff's Motion to Extend Cutoff Dates is hereby amended to provide that the deadline for completing discovery on the issue of class certification is May 1, 2007, and the deadline for submitting a motion for class certification is May 14, 2007.

IT IS SO ORDERED, this the 8th day of February, 2007.

                                               S/Linda R. Anderson
                                     UNITED STATES MAGISTRATE JUDGE